UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 19-2315 (JEB) |
| U.S. FISH AND WILDLIFE SERVICE, | ) |
| Defendant. | ) |

**JOINT STATUS REPORT**

Pursuant to the Court's September 10, 2021 Minute Order, the parties respectfully submit this joint status report in this Freedom of Information Act case.

Subsequent to the September 10, 2021 joint status report, ECF No. 32, the parties have continued their negotiations regarding Plaintiff Sierra Club's request for attorneys' fees and costs. On October 25, 2021, Defendant United States Fish and Wildlife Service transmitted to Plaintiff a revised settlement offer, a draft settlement agreement and a draft stipulation of dismissal. Plaintiff is currently in the process of reviewing those drafts and has advised that it will need more time for its review.

Therefore, the parties respectfully request that the Court allow them additional time to negotiate a settlement agreement for attorneys' fees and costs, and propose filing another joint status report on or before November 19, 2021, unless a stipulation of dismissal is filed by that date.

Dated:  October 28, 2021

Respectfully submitted,

/s/ Karimah Schoenhut

KARIMAH SCHOENHUT
D. D.C. Bar No. PA0060
D.C. Bar No. 1028390
Sierra Club
50 F Street NW, 8th Floor
Washington, D.C. 20001
(202) 548-4584
karimah.schoenhut@sierraclub.org

/s/ Andres Restrepo

ANDRES RESTREPO
D. D.C. Bar No. 999544,
D.C. Bar No. 999544
Sierra Club
50 F Street NW, 8th Floor
Washington, D.C. 20001
(301) 367-7572
andres.restrepo@sierraclub.org

*Counsel for Plaintiff Sierra Club*

CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:  /s/ Marsha W. Yee
MARSHA W. YEE
Assistant United States Attorney
Civil Division
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
Telephone:  (202) 252-2539
Email:  Marsha.Yee@usdoj.gov

*Counsel for Defendant*